# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134229

BRIAN FAUROT,
      Plaintiff-Appellant,

v

SCOTT MILLER, d/b/a JD SAWMILL, INC.,
d/b/a JD LOGGING,
      Defendant-Appellee,
and

EUGENE W. COOK, Trustee of the EUGENE W.
COOK Trust,
      Defendant-Appellee.

SC: 134229
COA: 265476
Ionia CC: 01-021794-NO

_____/

On order of the Court, the application for leave to appeal the May 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal to reconsider *DeShambo v Anderson*, 471 Mich 27 (2004), and *Ormsby v Capital Welding, Inc*, 471 Mich 45 (2004).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

t1024